United States District Court
Southern District of New York

---

SHEILA MITCHELL,

       Plaintiff,

- against -

AMSTER ROTHSTEIN & EBENSTEIN, LLP,

       Defendant.

11 Civ. 4561 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

 The parties should advise the Court at the conclusion of the mediation as to the status of this case.

SO ORDERED.

Dated: New York, New York
    January 12, 2012

            /s/ John G. Koeltl
            John G. Koeltl
          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-13-12