USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1-13-12

United States District Court
Southern District of New York

---

SHEILA MITCHELL,
                Plaintiff,

- against -

AMSTER ROTHSTEIN & EBENSTEIN, LLP,
                Defendant.

11 Civ. 4561 (JGK)

MEDIATION REFERRAL ORDER
FOR PRO SE EMPLOYMENT
DISCRIMINATION CASES

---

JOHN G. KOELTL, District Judge:

IT IS ORDERED that this pro se case is referred for mediation to the Court's Alternative Dispute Resolution program of mediation. Local Rule 83.12 shall govern the mediation, and the parties are directed to participate in the mediation in good faith. Unless otherwise ordered, the mediation will have no effect upon any scheduling Order issued by this Court, and all parties are obligated to continue to litigate the case.

IT IS FURTHER ORDERED that the Clerk of Court shall locate pro bono counsel to represent the plaintiff at the mediation. The time to assign a mediator under Local Rule 83.12(f) shall be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent the plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

IT IS FURTHER ORDERED that any objection by the plaintiff to either the mediation or to the appointment of pro bono counsel to represent the plaintiff in the mediation must be filed within 14 days of this Order. In the event the plaintiff files such an objection, the referral to mediation is vacated, and this case will not proceed to mediation.

SO ORDERED.

Dated:   New York, New York
         January 13, 2012

_____
John G. Koeltl
United States District Judge