ANDERSON KILL & OLICK, P.C.
A New York Professional Corporation
1251 Avenue of the Americas
New York, NY 10020-1182
212-278-1000
Attorneys for Defendant Amster Rothstein &
　Ebenstein, LLP

| | |
|---|---|
| SHEILA MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMSTER ROTHSTEIN & EBENSTEIN,<br>LLP,<br><br>　　　　　　Defendant. | 11 Civ. 4561 (JGK)<br><br>**CERTIFICATION OF SERVICE** |

**DONNA M. ALEXANDER**, of full age, hereby certifies that:

1.　On February 9, 2012, I personally served, via Federal Express, Defendant Amster Rothstein & Ebenstein's Document and Information Responses to the Initial Discovery Protocols for Employment Cases Alleging Adverse Actions in compliance with Judge Koeltl's January 13, 2012 Order to the following:

　　　　　Sheila Mitchell
　　　　　241 West 97th Street, 14K
　　　　　New York, NY 10025

and a copy to:

　　　　　Ellen Leviss
　　　　　Amster Rothstein & Ebenstein, LLC
　　　　　90 Park Avenue
　　　　　New York, NY 10016

njdocs-57654.1

2.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 9, 2012

*Donna M. Alexander*
DONNA M. ALEXANDER

njdocs-57654.1