UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                         Plaintiff,

    -against-                            _____  Civ. _____ ( \_\_\_\_ ) ( \_\_\_\_ )

NOTICE OF LIMITED APPEARANCE
OF *PRO BONO* COUNSEL

                      Defendant.
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of:

_____ [party]

    for the limited purpose of _____.  I certify that I am admitted to practice in this Court.


_____
Date

_____
Signature

_____
Print Name                    Bar No.

_____
Address

_____
City        State        Zip Code

_____
Phone No.                Fax. No.

_____
Email Address