UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Sheila Mitchell

        Plaintiff,

-against-                                                                                  11 Civ. 4561 (JGK)

Amster, Rothstein, & Ebenstein, LLP              **Joint Stipulation of Dismissal**

        Defendant.
-----------------------------------------------------X

    The action having been settled, the parties hereby stipulate and agree that this action is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: New York, New York
       May 7, 2012

_____
Bennett Pine
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel. (212) 278-1000
Fax. (212) 278-1733
Attorney for Defendant

_____
Sheila Mitchell
241 W. 97th Street# 14K
New York, NY 20025
Tel. (212) 662-2674
Fax. (212) 665-4324
*Pro se* Plaintiff